**Order entered October 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694-K**

## ORDER

On September 11, 2013, this Court ordered the Dallas County District Clerk to file, within twenty-one days, a supplemental record containing the trial court's findings and certain enumerated documents. Although on September 11, 2013, we received a supplemental record containing the findings with multiple exhibits attached, the supplemental clerk's record did not contain the documents identified in the September 11, 2013 order.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the following documents identified in the trial court's September 9, 2013 written findings of facts:

- motion to dismiss the indictment for attempted theft for failure to state an offense due to absence of the essential element of ownership;

- motion to quash indictment;

- motion to dismiss the indictment as impermissibly vague and for failure to state an offense and memorandum in support;

- motion to dismiss the indictment for improper aggregation and for lack of jurisdiction;

- motion to dismiss on grounds of the denial of equal protection and equal rights and privileges of the law and the abridgement of the constitutional and statutory function of the grand jury, with exhibits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, official court reporter, Criminal District Court No. 4; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.

/s/     DAVID EVANS
        JUSTICE